

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Teresa Phinney, Appellant

No. 06-20-00042-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27769). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment nunc pro tunc to reduce the amount of court costs from $727.00 to $389.00. As modified, we affirm the trial court's judgment and sentence.

We note that the appellant, Teresa Phinney, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 5, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk